# Third District Court of Appeal
## State of Florida

Opinion filed August 25, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-0468
Lower Tribunal No. 17-23684

————————

**Cordis Corporation,**
Appellant,

vs.

**Helen Smith,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Crowell & Moring LLP, and Vincent J. Galluzzo (Washington, D.C.); Wallen Kelley, and John D. Golden, for appellant.

Searcy, Denney, Scarola, Barnhart & Shipley, P.A., and Joseph R. Johnson (West Palm Beach), for appellee.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Cortez v. Palace Resorts, Inc., 123 So. 3d 1085, 1091 (Fla. 2013) (listing Kinney factors and citing Kinney Sys., Inc. v. Cont'l Ins. Co., 674 So. 2d 86, 90 (Fla. 1996)); see also Caraffa v. Carnival Corp., 34 So. 3d 127, 129 (Fla. 3d DCA 2010) (noting abuse of discretion standard of review as provided in Fla. R. Civ. P. 1.061(a)(4)).